DEBORAH M. SMITH
Acting United States Attorney

ROBERT J. WARREN
Special Assistant U.S. Attorney
Headquarters, United States Army Garrison, Fort Greely
P.O. Box 31269
Fort Greely, Alaska 99731
Telephone: (907) 873-0420
Fax: (907) 873-4055

Attorneys for The United States of America

**FILED**

MAR 0 2 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**JASON ST. GERMAIN,**<br><br>Defendant | **Case Number:**<br><br>**COUNT ONE**<br>Reckless Driving<br><br>Violation of AS 28.35.040 and 18 USC 13 |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

#### COUNT ONE

That on or about the 27th day of January, 2006, at Fort Greely, Alaska, a military reservation in the District of Alaska, acquired for the use of the United States and under the concurrent jurisdiction thereof, the defendant, JASON ST. GERMAIN, did recklessly drive a

motor vehicle in violation of AS 28.35.040 and 18 USC 13.

Dated this 2nd day of March, 2006, at Fort Greely, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney

                ROBERT J. WARREN
                Special Assistant U.S. Attorney
                Headquarters, United States Army
                Garrison, Fort Greely
                P.O. Box 31269
                Fort Greely, Alaska 99731
                Telephone: (907) 873-0420
                Fax:(907) 873-4055
                Email: robert.warren11@us.army.mil
                AK Bar #0409050