AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: 4:06-cr-00014-TWH |
| JASON ST.GERMAIN | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Room<br>326 |
|---|---|
| Before: TERRANCE W HALL | Date and Time<br>April 21, 2006 at 9:00 a.m. |

To answer a(n)
[] Indictment    [X] Information    [] Complaint    [] Violation Notice    [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 13

Brief description of offense:
RECKLESS DRIVING

Ida Romack, Clerk of Court
Signature of Issuing Officer

by _____ Deputy Clerk
Name and Title of Issuing Officer

March 8, 2006 Fairbanks, Alaska
Date and Location

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

Mar 10 2006 10:42  HP LASERJET 3380  p.1
03/08/2006 12:32 FAX 9074560383   US MARSHALS SERV.   ☒010

AO 83 (Rev. 12/85) Summons in a Criminal Case

Jason St. Germain | 4:06-cr-0014

## RETURN OF SERVICE

Service was made by me on:[1] | Date 10 Mar 06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Fort Greely Police Department, Building 663, US Army Garrison, Ft. Greely, AK.

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 10 Mar 06
Date

*Randy Johnson*
Name of United States Marshal

*Joseph R. Stottlemyer* / Joseph R. Stottlemyer
(by) Deputy United States Marshal
Investigator
Fort Greely Police

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.