M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON ST. GERMAIN,<br><br>        Defendant. | Case No. 4:06-cr-0014-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR DEFENDANT TO APPEAR TELEPHONICALLY AT MISDEMEANOR ARRAIGNMENT** |

       Defendant, Jason St. Germain, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to proceed with Mr. St. Germain's arraignment in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance. This motion is filed on shortened time because Mr. St. Germain's arraignment is scheduled for April 21, 2006, at 9:00 a.m.

       Mr. St. Germain currently is in Anchorage, Alaska, in preparation for deployment to Afghanistan. He will be residing in Anchorage until his deployment. In order to conserve economic resources, Mr. St. Germain requests that he be allowed to appear telephonically for the misdemeanor arraignment.

This motion is made pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure.  Special Assistant United States Attorney Robert Warren is unopposed to this motion.  Mr. St. Germain currently is in the process of signing a written consent to appear telephonically, which will be filed with the court upon its return to the Office of the Federal Public Defender.

DATED this 18th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 18, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Robert J. Warren, Esq.

/s/ M. J. Haden