UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

JASON ST. GERMAIN,

                Defendant.

Case No. 4:06-cr-0014-TWH

**PROPOSED
ORDER**

After due consideration of defendant's motion on shortened time for defendant to appear telephonically at his arraignment, the court GRANTS/DENIES the motion.

It is further ordered that the motion to allow Mr. St. Germain to appear telephonically at the arraignment set for April 21, 2006, at 9:00 a.m., be GRANTED. Mr. St. Germain is to call (907) _____ at 9:00 a.m., Alaska Standard Time, on April 21, 2006.

DATED _____, 2006, in Fairbanks, Alaska.

_____
Terrance W. Hall
United States Magistrate Judge