UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JASON ST. GERMAIN,<br><br>　　　　Defendant. | Case No. 4:06-cr-0014-TWH<br><br>**PROPOSED ORDER** |

After due consideration of defendant's motion on shortened time for defendant to appear telephonically at his arraignment, the court GRANTS/~~DENIES~~ the motion.

It is further ordered that the motion to allow Mr. St. Germain to appear telephonically at the arraignment set for April 21, 2006, at 9:00 a.m., be GRANTED. Mr. St. Germain is to call (907) __456-0310__ at 9:00 a.m., Alaska Standard Time, on April 21, 2006.

DATED __19 April__, 2006, in Fairbanks, Alaska.

**REDACTED SIGNATURE**

Terrance W. Hall
United States Magistrate Judge