DEBORAH M. SMITH
Acting United States Attorney

ROBERT J. WARREN
Special Assistant U.S. Attorney
Headquarters, United States Army Garrison, Fort Greely
P.O. Box 31269
Fort Greely, Alaska  99731
Telephone: (907) 873-0420
Fax:(907) 873-4055

Attorneys for The United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 4:06-CR-00014-TWH |
| | **COUNT ONE** |
| | Negligent Driving |
| v. | Violation of AS 28.35.045 and 18 USC 13 |
| JASON ST. GERMAIN,  Defendant | **SUPERSEDING INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about the 27th day of January, 2006, at Fort Greely, Alaska, a military reservation in the District of Alaska, acquired for the use of the United States and under the concurrent jurisdiction thereof, the defendant, JASON ST. GERMAIN, did negligently drive a motor vehicle in violation of AS 28.35.045 and 18 USC 13.

Dated this 25th day of April, 2006, at Fort Greely, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney

                s/Robert J. Warren
                ROBERT J. WARREN
                Special Assistant U.S. Attorney
                Headquarters, United States Army Garrison, Fort Greely
                P.O. Box 31269
                Fort Greely, Alaska  99731
                Telephone: (907) 873-0420
                Fax:(907) 873-4055
                Email: robert.warren11@us.army.mil
                AK Bar #0409050