AO 245H  (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JASON ST. GERMAIN | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form<br><br>CASE NUMBER: 4:06-CR-00014-TWH<br>USM NUMBER:<br><br>M. J. Haden<br>Defendant's Attorney |

**THE DEFENDANT:**

X  **THE DEFENDANT** pleaded guilty to count(s)   1 of Superseding Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| A.S. 28.35.045 | Negligent Driving | 01/27/06 | 1 |

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 0 | $ 500.00 |

04/21/06
Date of Imposition of Judgment

**REDACTED SIGNATURE**
Signature of Judge

THE HONORABLE TERRANCE W. HALL
Name and Title of Judge

May 3 2006
Date